UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61031-CIV-COHN/SNOW

RONALD W. HERTEL,

    Plaintiff,

vs.

ARES MARINE, INC., RIGOBERTO PINEIRO, and
MARINE RESOURCES DEVELOPMENT
FOUNDATION, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal [DE 38].

Plaintiff seeks to dismiss this action against the remaining two defendants, Ares Marine, Inc. and Rigoberto Pineiro, without prejudice. Currently pending are these Defendants' Motion to Dismiss [DE 8] and Motion to Compel Arbitration [DE 22]. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff may obtain a dismissal without prejudice prior to filing by defendants of an answer or motion for summary judgment. The motion to compel arbitration states that it is filed pursuant to Rule12(b)(6), the Rule governing motions to dismiss. Thus, the Court need not decide whether a motion to compel arbitration forbids a plaintiff from seeking dismissal without prejudice.

Accordingly, it is **ORDERED and ADJUDGED** that the above-styled action is therefore **DISMISSED** without prejudice. The Clerk may close this case at this time and

deny any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of December, 2007.

JAMES I. COHN
United States District Judge

copies to:

all counsel of record on CM/ECF